2003–0270.  Dalton v. Travelers Ins. Co.

Stark App. No. 2001CA00380. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Stark County. Upon consideration of the application of appellant/cross-appellee, St. Paul Fire & Marine Insurance Company, to dismiss its appeal,

IT IS ORDERED by the court that the application of appellant/cross-appellee to dismiss its appeal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the cross-appeal of Donna K. Dalton et al., remains pending.

[Cite as *06/20/2003 Case Announcements,* 2003-Ohio-3194.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 20, 2003*

## MOTION AND PROCEDURAL RULINGS